```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 21625
  MARINKA BULIC
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-8415

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/16/07 .

     2.  The case was dismissed without confirmation, 12/21/2007.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------

        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00         .00           .00
PRINCIPAL PAID          .00         .00          .00         .00           .00
INTEREST PAID           .00         .00          .00         .00           .00
TOTAL PAID              .00         .00          .00         .00           .00
The Debtor's attorney, DENNIS M SBERTOLI             , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




        Dated: 03/12/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                                    PAGE   2
        CASE NO. 07 B 21625 MARINKA BULIC
```